IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FREDERICK and DENISE SMITH, | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 3:10-0800 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| BAC HOME LOANS SERVICING, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 27th day of August, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge