IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FREDERICK and DENISE SMITH    )
                              )
v.                            ) NO. 3-10-0800
                              ) JUDGE CAMPBELL
BAC HOME LOANS SERVICING, LP  )

ORDER

In light of the Suggestion of Bankruptcy (Docket No. 19) filed herein, this case is STAYED, pending further Order of the Court. The Clerk shall close the file administratively, and the parties shall notify the Court when the stay should be lifted or the case should otherwise proceed. All pending hearings are cancelled and all pending motions are denied without prejudice.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE